UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 20, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLAKE A. GOELZ,<br><br>　　　　Defendant. | Case No. 2:21-mj-069-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  BLAKE A. GOELZ ,

Case No.  2:21-mj-069-DB  Charge 50 USC § 797 and 18 USC § 1382 , from custody for the following reasons:

　　　　_____　Release on Personal Recognizance

　　　　_____　Bail Posted in the Sum of $ _____

　　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　　_____　Appearance Bond with Surety

　　　　　　　_____　Corporate Surety Bail Bond

　　　　__X__　(Other): TIME SERVED

Issued at Sacramento, California on May 20, 2021 at _3:39 pm_____

　　　　　　　　By:　/s/ Carolyn K. Delaney
　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney